LIEBOWITZ LAW FIRM, PLLC
James H. Freeman (JF-8605)
*(Admitted Pro Hac Vice)*
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
jf@liebowitzlawfirm.com

THE AFFINITY LAW GROUP
Gregory P. Goonan (Cal Bar # 119821)
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

*Attorneys for Plaintiff Zoha Memari*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOHA MEMARI, KELLY TORREZ, ROBIN BERENSON, ANNIE TRASCHEL, ROBIN TRASCHEL, AMANDA ROBERSON, EVA PHAN<br><br>Plaintiffs,<br><br><br>- against -<br><br><br>POPSUGAR INC.<br><br>Defendant. | Case No. 4:18-cv-05589 (HSG)<br><br>**FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: June 11, 2018<br><br>Trial Date: Not yet set<br><br>DEMAND FOR JURY TRIAL |

1309138.v1

**TABLE OF EXHIBITS**

| Ex. | Description |
|---|---|
| A | Memari - Photographs |
| B | Memari - Copyright Registration Certificate |
| C | Memari - Infringement Screenshots |
| D | Torrez - Photographs |
| E | Torrez - Copyright Registration Certificates |
| F | Torrez - Infringement Screenshots |
| G | Berenson - Photographs |
| H | Berenson - Copyright Registration Certificates |
| I | Berenson - Infringement Screenshots |
| J | Annie  / Robin Traschel - Photographs |
| K | Annie / Robin Traschel - Copyright Registration Certificates |
| L | Annie / Robin Traschel – Infringement Screenshots |
| M | Roberson - Photographs |
| N | Roberson - Copyright Registration Certificates |
| O | Roberson - Infringement Screenshots |
| P | Phan - Photographs |
| Q | Phan - Copyright Registration Certificates |
| R | Phan - Infringement Screenshots |

Plaintiffs Zoha Memari ("Memari"), Kelly Torrez a/k/a Kelly Fordon ("Torrez"), Robin Berenson ("Berenson"), Annie Traschel a/k/a Annie Fairfax, Robin Traschel a/k/a Robin Fairfax, Amanda Roberson ("Roberson") and Eva Phan ("Phan") (collectively "Plaintiffs"), by and through their undersigned counsel, as and for their First Amended Complaint against Defendant Popsugar Inc. ("PopSugar" or "Defendant") hereby allege as follows:

## NATURE OF THE ACTION

1.     This is an action for copyright infringement under Section 501 of the Copyright Act, 17 U.S.C. § 501; and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act, 17 U.S.C. § 1202(b).

2.     This action arises out of Defendant's unauthorized reproduction and public display of copyrighted photographs owned and registered by Memari, Torrez, Berenson, Annie Traschel, Robin Traschel, Roberson and Phan (collectively, the "Photographs").  Upon Defendant's unauthorized display of the Photographs, Defendant also knowingly removed and/or altered the copyright management information associated with the photographs of Memari, Torrez, Annie Traschel, Roberson and Phan to convey the false impression that Defendant's republication of such photographs were properly authorized (when they were not).

3.     Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*. and the DMCA.

## JURISDICTION AND VENUE

4.     This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in California.

3

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

7.      Memari is a fashion/lifestyle blogger, model, photographer and influencer having a usual place of business at 1601 Clarendon Blvd., Apt. 704, Arlington, Virginia 22209.

8.      Torrez is a fashion/lifestyle blogger, model, photographer and influencer having a usual place of business at 922 Clarkson Court, Unit B, Concord, California, 94518.

9.      Berenson is a photographer, and the husband of Kara Harms (a fashion/lifestyle blogger, model and influencer depicted in Berenson's photographs), having a usual place of business at 1501 Lincoln Way, #605, San Francisco, California 94122.

10.      Annie Traschel is a fashion/lifestyle blogger, model, photographer and influencer, having a usual place of business at 10211 Grand Blanc Road, Gaines, Michigan 48436.

11.      Robin Traschel is a photographer (and husband of Annie Traschel), having a usual place of business at 10211 Grand Blanc Road, Gaines, Michigan 48436.

12.      Roberson is a fashion/lifestyle blogger, model, photographer and influencer, having a usual place of business at 35 Richland Creek Drive, Greenville, South Carolina 29609.

13.      Phan is a fashion/lifestyle blogger, model, photographer and influencer, having a usual place of business at 7625 W. 84th Street, Bloomington, Minnesota 55438.

14.      Upon information and belief, PopSugar is a foreign business corporation duly organized and existing under the laws of Delaware with a principal place of business at 111 Sutter Street, 16th Floor, San Francisco, California 94104.

15.      At all times material hereto, Defendant has owned and operated the website at the URL: www.popsugar.com (the "Website").

16.      PopSugar is a for-profit entity.

4

1

## STATEMENT OF FACTS

2

### A.    Memari's Copyright Ownership Interests

3

17.    Memari created forty (40) photographs featuring certain fashion designs and

4

lifestyle accessories (the "Memari Photographs").   True and correct copies of the Memari

5

Photographs are attached hereto as Exhibit A.

6

18.    Memari uploaded the Photographs to a shopping discovery application called

7

"LIKEToKNOW.it" which allows fashion influencers and lifestyle bloggers such as Memari to

8

earn commissions when users purchase merchandise through *rewardStyle* affiliate links (the

9

"*rewardStyle* Links") displayed on the images.  The Memari Photographs uploaded to the

10

LIKEToKNOW.it application were then redirected to Memari's Instagram account.

11

19.    Every photograph posted by Memari through LIKEToKNOW.it automatically

12

generated a user-specific link specifically for that photograph which identifies the name and

13

other identifying information about Memari.  The 40 *rewardStyle* Links associated with each of

14

the Memari Photographs identify Memari in order to track and facilitate the payment of

15

commissions to Memari.

16

17

20.    Memari is the author of the Memari Photographs and has at all times been the

18

sole owner of all right, title and interest in and to the Memari Photographs, including the

19

copyright thereto.

20

21.    The Memari Photographs were registered with the U.S. Copyright Office and

21

were given Copyright Registration Number VA 2-100-599, effective as of April 24, 2018 (the

22

"599 Registration").  A true and correct copy of the 599 Registration is attached hereto as

23

Exhibit B.

24

25

26

27

28

22.     The Memari Photographs were each initially published between February 14, 2018 and April 13, 2018, within three months of the effective date of the 599 Registration, and therefore qualify for statutory damages under 17 U.S.C. § 504(c).

**B.     Torrez' Copyright Ownership Interests**

23.     Torrez created two hundred seventy-nine (279) photographs featuring certain fashion designs and lifestyle accessories (the "Torrez Photographs").   True and correct copies of the Torrez Photographs are attached hereto as Exhibit D.

24.     Torrez uploaded the Torrez Photographs to LIKEToKNOW.it which allows Torrez to earn commissions when users purchase merchandise through the *rewardStyle* Links displayed on the images.  The Torrez Photographs uploaded to the LIKEToKNOW.it application were then redirected to Torrez's Instagram account.

25.     Every photograph posted by Torrez through LIKEToKNOW.it automatically generated a user-specific link specifically for that photograph which identifies the name and other identifying information about Torrez.  The 279 *rewardStyle* Links associated with each of the Torrez Photographs identify Torrez in order to track and facilitate the payment of commissions to Torrez.

26.     Torrez is the author of the Torrez Photographs and has at all times been the sole owner of all right, title and interest in and to the Torrez Photographs, including the copyright thereto.

27.     The Torrez Photographs were registered with the U.S. Copyright Office and were given Copyright Registration Numbers VA 2-103-122, effective as of April 20, 2018 (the "122 Registration"); VA 2-114-446, effective as of July 2, 2018 (the "446 Registration"); and VA 2-114-441, effective as of July 2, 2018 (the "441 Registration").   True and correct copies of the 122 Registration, 446 Registration and 441 Registration are attached hereto as Exhibit E.

28.     Forty-nine (49) of the Torrez Photographs were initially published within three months of the 122 Registration and therefore qualify for statutory damages under 17 U.S.C. § 504(c).  Exhibit D identifies which of the Torrez Photographs qualifies for statutory damages.

**C.     Berenson's Copyright Ownership Interests**

29.     Berenson created three hundred sixty-seven (367) photographs featuring certain fashion designs and lifestyle accessories (the "Berenson Photographs").   True and correct copies of the Berenson Photographs are attached hereto as Exhibit G.

30.     Berenson's wife, Kara Harms ("Harms"), uploaded the Berenson Photographs to LIKEToKNOW.it which allows Harms to earn commissions when users purchase merchandise through the *rewardStyle* Links displayed on the images.  The Berenson Photographs uploaded to the LIKEToKNOW.it application were then redirected to Harms' Instagram account.

31.     Berenson is the author of the Berenson Photographs and has at all times been the sole owner of all right, title and interest in and to the Berenson Photographs, including the copyright thereto.

32.     The Berenson Photographs were registered with the U.S. Copyright Office and were given Copyright Registration Numbers VA 2-099-216, effective as of April 17, 2018 (the "216 Registration"); VA 2-104-934, effective as of May 29, 2018 (the "934 Registration"); VA 2-099-974, effective as of April 23, 2018 (the "974 Registration"); VA 2-102-583, effective as of May 2, 2018 (the "583 Registration"); VA 2-102-989, effective as of May 2, 2018 (the "989 Registration").   True and correct copies of the 216 Registration, 934 Registration, 974 Registration, 583 Registration and 989 Registration are attached hereto as Exhibit H.

33.     Thirty-six (36) of the Berenson Photographs were initially published within three months of the 216 Registration and 934 Registration and therefore qualify for statutory damages

7

under 17 U.S.C. § 504(c).  Exhibit G identifies which of the Berenson Photographs qualifies for statutory damages.

**D.**     **Annie Traschel's Copyright Ownership Interests**

34.     Annie Traschel created twenty-one (21) photographs featuring certain fashion designs and lifestyle accessories (the "Annie Traschel Photographs").  True and correct copies of the Annie Traschel Photographs are attached hereto as Exhibit J.

35.     Annie Traschel uploaded the Annie Traschel Photographs to LIKEToKNOW.it which allows Annie Traschel to earn commissions when users purchase merchandise through the *rewardStyle* Links displayed on the images.  The Annie Traschel Photographs uploaded to the LIKEToKNOW.it application were then redirected to Annie Traschel's Instagram account.

36.     Every photograph posted by Annie Traschel through LIKEToKNOW.it automatically generated a user-specific link specifically for that photograph which identifies the name and other identifying information about Annie Traschel.  The 21 *rewardStyle* Links associated with each of the Annie Traschel Photographs identify Annie Traschel a/k/a Annie Fairfax in order to track and facilitate the payment of commissions to Annie Traschel.

37.     Annie Traschel is the author of the Annie Traschel Photographs and has at all times been the sole owner of all right, title and interest in and to the Annie Traschel Photographs, including the copyright thereto.

38.     The Annie Traschel Photographs were registered with the U.S. Copyright Office and were given Copyright Registration Numbers VA 2-099-991, effective as of April 19, 2018 (the "991 Registration"); VA 2-101-911, effective as of April 20, 2018 (the "911 Registration"); and VA 2-109-524, effective as of April 19, 2018 (the "524 Registration").   True and correct copies of the 991 Registration, 911 Registration and 524 Registration are attached hereto as Exhibit K.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

39.     Four of the Annie Traschel Photographs were initially published within three months of the 991 Registration and therefore qualify for statutory damages under 17 U.S.C. § 504(c). Exhibit K identifies which of the Annie Traschel Photographs qualifies for statutory damages.

**E.     Robin Traschel's Copyright Ownership Interests**

40.     Robin Traschel created fifty (50) photographs featuring certain fashion designs and lifestyle accessories (the "Robin Traschel Photographs").   True and correct copies of the Robin Traschel Photographs are attached hereto as Exhibit J.

41.     Robin Traschel's wife, Annie Traschel, uploaded the Robin Traschel Photographs to LIKEToKNOW.it which allows Annie Traschel to earn commissions when users purchase merchandise through the *rewardStyle* Links displayed on the images.  The Robin Traschel Photographs uploaded to the LIKEToKNOW.it application were then redirected to Annie Traschel's Instagram account.

42.     Robin Traschel is the author of the Robin Traschel Photographs and has at all times been the sole owner of all right, title and interest in and to the Robin Traschel Photographs, including the copyright thereto.

43.     The Robin Traschel Photographs were registered with the U.S. Copyright Office and were given Copyright Registration Numbers VA 2-099-977, effective as of April 23, 2018 (the "977 Registration"); VA 2-099-997, effective as of April 19, 2018 (the "997 Registration"); VA 2-103-627, effective as of April 20, 2018 (the "627 Registration")  True and correct copies of the 977 Registration, 997 Registration, and 627 Registration are attached hereto as Exhibit K.

44.     Three of the Robin Traschel Photographs were initially published within three months of the 977 Registration and therefore qualify for statutory damages under 17 U.S.C. §

504(c).  Exhibit J identifies which of the Robin Traschel Photographs qualifies for statutory damages.

**F.     Roberson's Copyright Ownership Interests**

45.     Roberson created sixty-six (66) photographs featuring certain fashion designs and lifestyle accessories (the "Roberson Photographs").   True and correct copies of the Roberson Photographs are attached hereto as Exhibit M.

46.     Roberson uploaded the Roberson Photographs to LIKEToKNOW.it which allows fashion influencers and lifestyle bloggers such as Roberson to earn commissions when users purchase merchandise through the *rewardStyle* Links displayed on the images.  The Roberson Photographs uploaded to the LIKEToKNOW.it application were then redirected to Roberson's Instagram account.

47.     Every photograph posted by Roberson through LIKEToKNOW.it automatically generated a user-specific link specifically for that photograph which identifies the name and other identifying information about Roberson.  The 66 *rewardStyle* Links associated with each of the Roberson Photographs identify Roberson in order to track and facilitate the payment of commissions to Roberson.

48.     Roberson is the author of the Roberson Photographs and has at all times been the sole owner of all right, title and interest in and to the Roberson Photographs, including the copyright thereto.

49.     The Roberson Photographs were registered with the U.S. Copyright Office and were given Copyright Registration Numbers VA 2-105-100, effective as of June 1, 2018 (the "100 Registration"); VA 2-109-229, effective as of June 1, 2018 (the "229 Registration"); VA 2-109-228, effective as of June 1, 2018 (the "228 Registration"); and VA 2-109-227, effective as

**1**
**2**
of June 1, 2018 (the "227 Registration").  True and correct copies of the 100 Registration, 229 Registration, 228 Registration and 227 Registration are attached hereto as <u>Exhibit N</u>.

**3**
**4**
**5**
50.     One of the Roberson Photographs was initially published within three months of the 100 Registration and therefore qualifies for statutory damages under 17 U.S.C. § 504(c). Exhibit M identifies which of the Roberson Photographs qualifies for statutory damages.

**6**
**7**
**G.     <u>Phan's Copyright Ownership Interests</u>**

**8**
**9**
**10**
51.     Phan created or acquired rights to five photographs featuring certain fashion designs and lifestyle accessories (the "Phan Photographs").   True and correct copies of the Phan Photographs are attached hereto as <u>Exhibit P</u>.

**11**
**12**
**13**
**14**
**15**
52.     Phan uploaded the Phan Photographs to LIKEToKNOW.it which allows Phan to earn commissions when users purchase merchandise through the *rewardStyle* Links displayed on the images.  The Phan Photographs uploaded to the LIKEToKNOW.it application were then redirected to Phan's Instagram account.

**16**
**17**
**18**
**19**
**20**
53.     Every photograph posted by Phan through LIKEToKNOW.it automatically generated a user-specific link specifically for that photograph which identifies the name and other identifying information about Phan.  The five *rewardStyle* Links associated with each of the Phan Photographs identify Phan in order to track and facilitate the payment of commissions to Phan.

**21**
**22**
**23**
54.     Phan is the owner of the Phan Photographs and is the sole owner of all right, title and interest in and to the Phan Photographs, including the copyright thereto.

**24**
**25**
**26**
55.     The Phan Photographs were registered with the U.S. Copyright Office and were given Copyright Registration Numbers VA 2-103-619, effective as of May 2, 2018 (the "619 Registration"); VA 2-103-620, effective as of May 2, 2018 (the "620 Registration"); VA 2-103-

**27**
**28**

625, effective as of April 30, 2018 (the "625 Registration").  True and correct copies of the 619

Registration, 620 Registration, and 625 Registration are attached hereto as Exhibit Q.

56.     The Phan Photographs were initially published within three months of the 619

Registration, 620 Registration, and 625 Registration and therefore qualify for statutory damages

under 17 U.S.C. § 504(c).

**H.     Defendant's Infringing Activities**

57.     PopSugar is a global media and technology company which includes lifestyle

media publisher PopSugar.

58.     PopSugar features lifestyle content targeted towards women 18-34, across topics

such as beauty, entertainment, fashion, fitness, food, parenting and news on mobile, video, and

social media.

59.     In 2007, PopSugar acquired *ShopStyle*, a fashion-shopping search engine which

offers an affiliate program that directly competes with *rewardStyle*.

60.     On or about April 16, 2018, it was widely reported that PopSugar had

expropriated millions of lifestyle influencers' images, social media handles and biographies to

create dedicated pages on PopSugar's website.

61.     Further, PopSugar removed the *rewardStyle* Links associated with the

Photographs and replaced them with links to competitor *ShopStyle*'s affiliate program.

Accordingly, the expropriated content was used to re-direct earnings to PopSugar, thereby

depriving the content owners of their rightful commissions.

62.     By replacing the *rewardStyle* Links with the *ShopStyle* links, PopSugar removed

the name and other identifying information associated with the Memari Photographs, the Torrez

Photographs, the Annie Traschel Photographs, the Roberson Photographs and the Phan

Photographs.

63.    Shortly after the news broke, Plaintiffs discovered that PopSugar had expropriated the Photographs from their respective or associated Instagram pages and used them to generate commission for PopSugar via *ShopStyle* links.

64.    Because PopSugar quickly removed the infringing content from its website shortly after the scandal broke in April 2018, Plaintiffs were not able to capture screenshots evidencing the full extent of PopSugar's infringing content.  Upon information and belief, PopSugar infringed more images owned by Plaintiffs than are alleged in this First Amended Complaint.

65.    As the following chart illustrates, this First Amended Complaint pleads infringing conduct with respect to 828 photographs.  However, based on the number of "shoppable posts" featured on their respective profile pages, it is plausible that PopSugar infringed as many as 2,144 images owned by Plaintiffs.

|   | Plaintiff | (Known) Infringed Photographs | Statutory Damages | Actual Damages | "Shoppable Posts" on PopSugar.com |
|---|---|---|---|---|---|
| 1 | Zoha Memari | 40 | 40 | 0 | 1045 |
| 2 | Kelly Torrez | 279 | 49 | 230 | 326 |
| 3 | Robin Berenson | 367 | 36 | 331 | 479 (via *thewhimsysoul*) |
| 4 | Annie Traschel | 21 | 4 | 17 | 144 |
| 5 | Robin Traschel | 50 | 3 | 47 | n/a |
| 6 | Amanda Roberson | 66 | 1 | 65 | 143 |
| 7 | Eva Phan | 5 | 5 | 0 | 7 |
|   | **TOTAL** | **828** | **138** | **690** | 2144 |

66.    Defendant did not license the Photographs from Plaintiffs for use on its Website.

67.     Defendant did not have Plaintiff's permission to publish the Photographs on its Website.

68.     Prior to publishing the Photographs on the PopSugar website, Defendant did not have any communications with any of the Plaintiffs.

69.     PopSugar used the Photographs on the Website for the same purpose they were originally intended.

70.     Prior to the filing of this lawsuit, Defendant did not have any communications with any of the Plaintiffs.

71.     On or about April 17, 2018, PopSugar issued a public apology for infringing Plaintiffs' (and others') copyrighted images.  Defendant's CEO/founder, Brian Sugar, stated that the infringement occurred from "a lack of monitoring and misallocation of resources."  At the very least, by its own admission, Defendant acted recklessly or with willful blindness by failing to monitor the copyrighted materials actually posted to its website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT)**
(17 U.S.C. §§ 106, 501)

**[All Plaintiffs Against PopSugar]**

72.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-71 above.

73.     Defendant infringed Plaintiffs' copyrights in the Photographs by reproducing and publicly displaying the Photographs on the Website.

74.     Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photographs.

75.     The acts of Defendant complained of herein constitute infringement of Plaintiffs' exclusive rights in violation of sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106; 501.

76.     Upon information and belief, the foregoing acts of infringement by Defendant have been willful or in reckless disregard of Plaintiffs' rights.

77.     As a direct and proximate cause of the infringement by the Defendant of Plaintiffs' copyright and exclusive rights under copyright, Plaintiffs are entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

78.     Alternatively, for those works which qualify, Plaintiffs are entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement pursuant to 17 U.S.C. § 504(c).

79.     Plaintiffs are further entitled to their attorney's fees and full costs pursuant to 17 U.S.C. § 505.

80.     Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiffs irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiffs have no adequate remedy at law.

## SECOND CLAIM FOR RELIEF
### (INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION)
(17 U.S.C. § 1202(b))

**[Memari, Torrez, Annie Traschel, Roberson, Phan Against PopSugar]**

81.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-80 above.

82.     When the Memari Photographs, Torrez Photographs, Annie Traschel Photographs, Roberson Photographs, and Phan Photographs were published via the

LIKEtoKNOW.it application, *rewardStyle* Links were generated which contained copyright management information under 17 U.S.C. § 1202(b).  Specifically, the *rewardStyle* Links contained information which identified Memari, Torrez, Annie Traschel, Roberson and Phan by name in order to track payable commissions per each photograph.

83.     Upon information and belief, Defendant copied the Memari Photographs, Torrez Photographs, Annie Traschel Photographs, Roberson Photographs, and Phan Photographs without the respective copyright holders' authorization, and which contained copyright management information as part of the *rewardStyle* Links, and displayed the images on the Website.

84.     Upon information and belief, Defendant removed the original *rewardStyle* Links, which contained copyright management information identifying Memari, Torrez, Annie Traschel, Roberson and Phan as the owners and authors of their respective photographs, and replaced them with *ShopStyle* Links which did <u>not</u> contain any copyright management information identifying Memari, Torrez, Annie Traschel, Roberson and Phan as the owners and authors of their respective photographs.

85.     Upon information and belief, Defendant displayed the Memari Photographs, Torrez Photographs, Annie Traschel Photographs, Roberson Photographs, and Phan Photographs on the Website either knowing, or having reasonable grounds to know, that the *rewardStyle* Links (and copyright management information contained as part of the *rewardStyle* Links) had been removed.

86.     Defendant's removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Memari, Torrez, Annie Traschel, Roberson or Phan.

87.     Upon information and belief, the alteration and/or removal of said copyright management information was made by Defendant intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of copyrights in the Memari Photographs, Torrez Photographs, Annie Traschel Photographs, Roberson Photographs, and Phan Photographs.

88.     Upon information and belief, Defendant had reasonable grounds to know that its removal of the *rewardStyle* Links from the images in question and their replacement with *ShopStyle* links would convey the false impression that Defendant's use of the Memari Photographs, Torrez Photographs, Annie Traschel Photographs, Roberson Photographs, and Phan Photographs was authorized (when it actually was not).

89.     The conduct of PopSugar, as described herein, violates 17 U.S.C. § 1202(b).

90.     As a result of the wrongful conduct of Defendant as alleged herein, Memari, Torrez, Annie Traschel, Roberson and Phan are entitled to recover from Defendant damages sustained and any gains, profits and advantages obtained by Defendant because of its violations of 17 U.S.C. §1202(b), including attorney's fees and costs.

91.     Alternatively, Memari, Torrez, Annie Traschel, Roberson and Phan may elect to recover from Defendant statutory damages pursuant to 17 U.S.C. § 1203(c)(3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202(b).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully requests judgment as follows:

1.     That Defendant PopSugar be adjudged to have infringed upon Plaintiffs' copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2.     That Defendant PopSugar be adjudged to have removed and/or altered copyright management information in violation of 17 U.S.C. § 1202(b);

3.      That, with regard to the First Claim for Relief, Plaintiffs be awarded either: (a) Plaintiffs' actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiffs' Photographs; or (b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504 for each qualifying work;

4.      That, with regard to the Second Claim for Relief, plaintiffs Memari, Torrez, Annie Traschel, Roberson and Phan be awarded either: a) actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $25,000 for each instance of removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5.      That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6.      That Plaintiffs be awarded their costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505 and/or 17 U.S.C. § 1203(b)(5);

7.      That Plaintiffs be awarded pre-judgment interest; and

8.      Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       November 20, 2018

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIEBOWITZ LAW FIRM, PLLC

By: /s/jameshfreeman

James H. Freeman (JHF 8605)
(*Admitted Pro Hac Vice*)
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
JF@LiebowitzLawFirm.com

Gregory P. Goonan (Cal Bar # 119821)
THE AFFINITY LAW GROUP
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

*Attorneys for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28