| | |
|---|---|
| 1 | |
| 2 | LIEBOWITZ LAW FIRM, PLLC |
| | JAMES H. FREEMAN – *pro hac vice* |
| 3 | jf@liebowitzlawfirm.com |
| | 11 Sunrise Plaza, Suite 305 |
| 4 | Valley Stream, NY  11580 |
| | (516) 233-1660 |

LIEBOWITZ LAW FIRM, PLLC
JAMES H. FREEMAN – *pro hac vice*
jf@liebowitzlawfirm.com
11 Sunrise Plaza, Suite 305
Valley Stream, NY  11580
(516) 233-1660

Gregory P. Goonan - # 119821)
THE AFFINITY LAW GROUP
5755 Oberlin Drive, Suite 200 San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088 Email: ggoonan@affinity-law.com

Attorneys for Plaintiffs
ZOHA MEMARI, et al.

WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR - # 224018
bhur@willkie.com
JAYVAN E. MITCHELL - 322007
jmitchell@willkie.com
1 Front Street, 34th Floor
San Francisco, CA 94111
Telephone:    415-858-7401
Facsimile:      415-848-7599

Attorneys for Defendant
POPSUGAR INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOHA MEMARI, KELLY TORREZ, ROBIN BERENSON, ANNIE TRASCHEL, ROBIN TRASCHEL, AMANDA ROBERSON, EVA PHAN,<br><br>Plaintiffs,<br><br>v.<br><br>POPSUGAR INC.,<br><br>Defendant. | Case No. 4:18-CV-05589-HSG<br><br>**STIPULATION AND ORDER RE: SCHEDULING ORDER**<br><br>Judge:       Hon. Haywood S. Gilliam, Jr<br><br>Date Filed: June 11, 2018<br><br>Trial Date: None Set |

WHEREAS, Plaintiffs Zoha Memari, Kelly Torrez, Robin Berenson, Annie Traschel, Robin Traschel, Amanda Roberson, Eva Phan (the "Plaintiffs"); and Defendant PopSugar, Inc. ("Defendant") have met and conferred and respectfully seek to extend case management deadlines in order to accommodate the parties' discovery needs and professional obligations.

WHEREAS, a second mediation session has been scheduled for January 16, 2020 before Magistrate Judge Illman and the parties remain hopeful that resolution can be obtained.

IT IS THEREFORE AGREED by Plaintiffs and Defendant that the following proposed deadlines should be revised as follows, subject to the Court's approval:

| Event | Original Date | Proposed Date |
| --- | --- | --- |
| Mediation | n/a | **January 16, 2020 (** |
| Close of fact discovery | November 22, 2019 | **February 14, 2020** |
| Opening expert reports | December 19, 2019 | **March 20, 2020** |
| Rebuttal expert reports | January 23, 2020 | **April 17, 2020** |
| Close of expert discovery | February 20, 2020 | **May 8, 2020** |
| Summary judgment opening briefs | March 12, 2020 | **June 11, 2020** |
| Summary judgment oppositions | April 9, 2020 | **July 2, 2020** |
| Summary judgment replies | April 30, 2020 | **July 23, 2020** |
| Summary judgment hearing | May 14, 2020 (or per Court Order) | **August 13, 2020** **(or per Court Order)** |

| Event | Original Date | Proposed Date |
|---|---|---|
| Pre-trial conference | No change | **October 20, 2020** |
| Trial Date | No Change | **November 9, 2020** |

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: November 18, 2019       WILLKIE FARR & GALLAGHER LLP

By: /s/benedictyhur/
BENEDICT Y. HUR

Attorneys for Defendant
POPSUGAR INC.

LIEBOWITZ LAW FIRM, PLLC

By: /s/jameshfreeman/            /
JAMES H. FREEMAN – *pro hac vice*

*Attorneys for Plaintiffs*

Dated: 11/19/2019       **SO ORDERED:**

Hon. Haywood S. Gilliam, Jr. (U.S.D.J.)