UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
[OAKLAND DIVISION]

| | |
|---|---|
| ZOHA MEMARI, et al.<br><br>Plaintiff,<br><br>v.<br><br>POPSUGAR, INC.<br><br>Defendant. | **Case No.: 4:18-cv-05589-HSG**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**(FRCP 41(a)(1)(A)(ii)) ; ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiffs Zoha Memari, Annie Traschel, Robin Traschel, Kelly Torrez, Eva Phan, Amanda Roberson and Robin Berenson, on one hand, and counsel for the Defendant POPSUGAR Inc., on the other, that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to bear their own attorneys' fees and costs.

_____
James H. Freeman

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
jf@LiebowitzLawFirm.com

Dated: January 30, 2020
*Attorney for All Plaintiffs*

_____
Benedict Hur

Willke Farr & Gallagher LLP
One Front Street
San Francisco, CA 94111
Tel: 415-858-7401
bhur@willkie.com

Dated: January 30, 2020
*Attorney for Defendant Popsugar Inc.*

Dated: 1/31/2020

**SO ORDERED:**

_____
Hayward S. Gilliam, Jr. (U.S.D.J.)